## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **EDEKKA LLC,** | |
| Plaintiff, | Case No. 2:14-cv-405 |
| v. | **CONSOLIDATED CASE** |
| **BARNEYS NEW YORK, INC.,** | **LEAD CASE** |
| Defendant. | |
| **EDEKKA LLC,** | |
| **Plaintiff,** | Case No. 2:14-cv-00457-JRG |
| **v.** | **PATENT CASE** |
| **THE MEN'S WEARHOUSE INC,** | **JURY TRIAL DEMANDED** |
| **Defendant.** | |

### ORDER OF DISMISSAL OF
### DEFENDANT MEN'S WEARHOUSE WITH PREJUDICE

On this day the Court considered the Agreed Motion to Dismiss Men's Wearhouse with

Prejudice"*F m0P q052, between Plaintiff eDekka LLC ("eDekka") and Defendant The Men's Wearhouse

Inc."("Men's Wearhouse").  Having considered the Agreed Motion and the pleadings in this case, the

Court is of the opinion that the Agreed Motion should be, and is hereby, GRANTED.

It is therefore ORDERED that all claims asserted by eDekka against Men's Wearhouse

are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses and

attorneys' fees.

**So ORDERED and SIGNED this 21st day of October, 2014.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE